UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-213-MOC-DCS-6

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **STEPHEN E. FINCK,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (#569). Defendant, who purportedly suffers from Hereditary Hemorrhagic Telanglectasia, seeks early release from prison under 18 U.S.C. § 3582(c)(1)(A) based on the COVID-19 pandemic. The Government has responded in opposition to the motion.

Defendant's motion is denied for the reasons stated in the Government's opposing brief. Specifically, the motion is denied because Defendant, currently incarcerated at FCI Danbury in Danbury, Connecticut, has not shown "exceptional reasons" to support his release based on the COVID-19 pandemic. As the Government notes, the BOP has denied Defendant's request for compassionate release. According to Defendant's BOP case manager, he is in good health and has not been diagnosed with any health conditions known to place individuals at a high risk for severe outcomes from COVID-19. The Government notes that Defendant's medical records make no mention of the condition from which he purportedly suffers, Hereditary Hemorrhagic Telanglectasia, or any accompanying health complications. Additionally, Defendant has not

-1-

Case 3:15-cr-00213-MOC-DSC   Document 576   Filed 07/22/20   Page 1 of 2

shown that the facility where he is detained is specifically unable to adequately manage COVID-19 or treat him should he contract the virus.

Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Compassionate Release/Reduction of Sentence, (#569), is **DENIED**.

Signed: July 22, 2020

Max O. Cogburn Jr
United States District Judge