UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-213-MOC-DCS-6

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEPHEN E. FINCK, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (#591). Defendant, who purportedly suffers from Hereditary Hemorrhagic Telanglectasia, seeks early release from prison under 18 U.S.C. § 3582(c)(1)(A) based on the COVID-19 pandemic. Less than six months ago, the Court denied a nearly identical motion for compassionate release from the Defendant. (#576).

Defendant's motion is denied for the reasons stated in that previous order. Specifically, the motion is denied because Defendant, currently incarcerated at FCI Danbury in Danbury, Connecticut, has not shown "exceptional reasons" to support his release based on the COVID-19 pandemic. As the Court previously noted, the BOP has denied Defendant's request for compassionate release. According to Defendant's BOP case manager, he is in good health and has not been diagnosed with any health conditions known to place individuals at a high risk for severe outcomes from COVID-19. Furthermore, Defendant's medical records make no mention of the condition from which he purportedly suffers, Hereditary Hemorrhagic Telanglectasia, or any accompanying health complications. Additionally, Defendant has not shown that the facility

-1-

where he is detained is specifically unable to adequately manage COVID-19 or treat him should he contract the virus.

Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Compassionate Release/Reduction of Sentence, (#591), is **DENIED**.

Signed: January 25, 2021

Max O. Cogburn Jr
United States District Judge

-2-

Case 3:15-cr-00213-MOC-DSC   Document 593   Filed 01/25/21   Page 2 of 2